UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GORDON GRAVELLE o/a CodePro) Manufacturing, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:13-CV-642-FL |
| KABA ILCO CORP., KABA AG, and KABA HOLDING AG, | ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendants' Motion to Dismiss for Failure to State a Claim and Motion to Strike with a request for entry of a pre-filing injunction against plaintiff, Plaintiff's Motion for Summary Judgment, and Defendant Kaba Ilco Corp's Motion for Summary Judgment, with a request for a pre-filing injunction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered on April 16, 2014 and May 9, 2016, and for the reasons set forth more specifically therein, that the court GRANTS IN PART defendants' motion where they move to dismiss plaintiff's first claim and DENIES IN REMAINING PART the motion; the court GRANTS defendant's motion for summary judgment and DENIES plaintiff's motion for summary judgment. Defendant's request for pre-filing injunction is DENIED.

**This Judgment Filed and Entered on May 9, 2016, and Copies To:**

Gordon Gravelle (via U.S. Mail) 238 May Street N., Thunder Bay, Ontario P7C 3P8, Canada
Albert P. Allan (via CM/ECF Notice of Electronic Filing)

May 9, 2016               JULIE RICHARDS JOHNSTON, CLERK
                             /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk