

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-CV-642-FL

Gordon Gravelle o/a )
CodePro Manufacturing )
)
Plaintiff. )
)
Vs. )
)
Kaba Ilco Corp )
)
Defendant. )

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Gordon Gravelle o/a CodePro Manufacturing, in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment/order entered in this action on the 9th day of May, 2016.

Plaintiff further appeals from the interlocutory orders of 1) December 23, 2015, granting Defendant Kaba sanctions in the amount of $ 3,021.35; and 3) August 19, 2015, denying Plaintiffs' motion to dismiss and/or stay without prejudice.

Plaintiff further appeals from the order of the District Court dated July 15, 2016, docket [85], granting Defendant Kaba Ilco motion for attorney fees. A copy of which is attached hereto as exhibit "A".

Dated August 10, 2016

/s/ Gordon Gravelle
238 May Street N.
Thunder Bay, ON, P7C 3P8
Canada

Plaintiff in proper person.

Tel: (807) 630-8003
Fax: (807) 285-6226
Email: codepro4500@shaw.ca

-2-

Case 5:13-cv-00642-FL   Document 86   Filed 08/12/16   Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-CV-642-FL

| | |
|---|---|
| Gordon Gravelle o/a CodePro Manufacturing ) | |
| ) | |
| Plaintiff. ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| Kaba Ilco Corp. ) | |
| ) | |
| Defendant. ) | |

On the 10th day of August 2016, I hereby certify that a true and correct copy of the aforementioned **Plaintiffs' Amended Notice of Appeal**, was served upon counsel for the Defendants, by way of electronic mail, in accordance with local rule 5.(1)(e), and FRCP 5(b)(2)(E), and based upon Defendants prior written consent.

/s/    Gordon Gravelle
238 May Street N.
Thunder Bay, ON, P7C 3P8
Canada

Plaintiff.
Tel: (807) 630-8003
Fax: (807) 285-6226
Email: codepro4500@shaw.ca