# FedEx International Air Waybill

**FedEx Tracking Number:** 8089 4219 4401  
**Form ID No.:** 0412

## 1 From
- **Date:** 08/11/2016
- **Sender's FedEx Account Number:** 47.28
- **Sender's Name:** Gordon
- **Address:** 238 N. May
- **City:** Thunder Bay, ON
- **Province:** CANADA
- **Postal Code:** P7C 3...

## 3 To
- **Recipient's Name:** 
- **Company:** United States Court
- **Address:** 310 New Bern Ave.
- **City:** Raleigh
- **State/Province:** NC
- **Country:** USA
- **ZIP/Postal Code:** 27601

## 4 Shipment Information
- **Total Packages:** 1
- **Total Weight:** .5 lbs
- **Commodity Description:** Documents
- **Country of Manufacture:** CDN
- **Value for Customs:** 1.00

## 5 Express Package Service
- ☑ FedEx International Priority

**Special Handling / Label:**  
10:30A  
INTL PRIORITY  
XH SOPA  
27601 NC-US  
RDU

FID 648440 11AUG16 YQTA 539C1/1378/976E

**FedEx Tracking Number:** 8089 4219 4401 0412

- **Origin Station ID:** YQTA
- **URSA Routing:** XH SOPA