UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GORDON GRAVELLE o/a CodePro Manufacturing | ) ) ) | |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | No. 5:13-CV-642-FL |
| KABA ILCO CORP., | ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's award of attorney's fees by order entered March 16, 2018 and declaration of attorney's fees by defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 8, 2019, and for the reasons set forth more specifically therein, that the court awards attorney's fees to defendant in the amount of $68,393.49.

**This Judgment Filed and Entered on August 8, 2019, and Copies To:**
Gordon Gravelle (via US mail to 238 May Street N, Thunder Bay, Ontario P7C 3P8, Canada)
Albert P. Allan (via CM/ECF Notice of Electronic Filing)

August 8, 2019                PETER A. MOORE, JR., CLERK

                                                 /s/ Sandra K. Collins
                                               (By) Sandra K. Collins, Deputy Clerk